NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――

**In Re DOUGLAS PAUL RAGGIO,**

*Appellant*

―――――――

2025-1255

―――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/044,281.

―――――――

**ON MOTION**

―――――――

Before REYNA, MAYER, and CHEN, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Upon consideration of the United States Patent and Trademark Office's unopposed motion to remand this case to the agency, which "acknowledges that the [Patent Trial and Appeal] Board relied on undesignated new grounds of rejection in its analysis of the secondary considerations evidence that are applicable to all of the rejected claims and when taking Official Notice of the wrapping limitation of claim 17" and "asks that this case be remanded to allow the agency to reconsider those rejections," ECF No. 18 at 3,

IT IS ORDERED THAT:

(1) The motion is granted. The case is remanded to the USPTO for further proceedings.

(2) Each party shall bear its own costs as to this appeal.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 20, 2025
Date